**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LOCATION SERVICES IP, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD ASSOCIATION *ET AL.*,<br><br>  Defendants. | Civil Action No. 2:16-cv-00194<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| LOCATION SERVICES IP, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE, INC.,<br><br>  Defendant. | Civil Action No. 2:16-cv-00379<br><br>**JURY TRIAL DEMANDED** |

**HILTON WORLDWIDE, INC.'S NOTICE OF COMPLIANCE
REGARDING PARAGRAPHS 1 AND 3 OF DISCOVERY ORDER**

Defendant Hilton Worldwide, Inc. hereby notifies the Court that, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Paragraphs 1 and 3 of the Discovery Order (Dkt. No. 80), it served its Initial and Additional Disclosures on Plaintiff's counsel of record via electronic mail on August 11, 2016.

Dated: August 12, 2016          Respectfully submitted,

/s/ *J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Rd
Beaumont, TX 77706
Phone: 409.866.3318

>Fax:    409.866.5789
>Email: thad@heartfieldlawfirm.com
>
>David M. Stein
>Texas Bar No. 00797494
>ALSTON & BIRD LLP
>333 S. Hope Street, 16th Floor
>Los Angeles, CA 90071
>Phone: 213.576.1000
>Fax:    213.576.1100
>david.stein@alston.com
>
>**Attorneys for Defendant Hilton Worldwide, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and was served on all counsel who have consented to electronic service, on this the 12th day of August, 2016.

>/s/ *J. Thad Heartfield*
>J. Thad Heartfield